UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW G. WEISS,                    )
                                     )
            Plaintiff,               )
                                     )
v.                                   )          Case No. 4:09CV869 CDP
                                     )
MICHAEL J. ASTRUE,                   )
                                     )
            Defendant.               )

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Plaintiff seeks fees in the amount $2,256.14. Defendant does not oppose the motion.

On September 7, 2010, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees, I find plaintiff is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees

[#23] is granted, and defendant shall pay plaintiff $2,256.14 in attorney's fees.



_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2010.